UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER,<br><br>            Plaintiff,<br><br>      v.<br><br>AUDREY KING, et al.,<br><br>            Defendants. | 1:16-cv-01665-EPG (PC)<br><br>ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS |

   Plaintiff appears to be a civil detainee. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). Plaintiff is proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.

   Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed *in forma pauperis* on the appropriate form pursuant to 28 U.S.C. § 1915.[1] Accordingly, IT IS HEREBY ORDERED that:

   1.   The Clerk's Office shall send to Plaintiff the attached application to proceed *in forma pauperis* **for a non-prisoner**;[2]

   2.   Within thirty days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis* **for a non-prisoner**, or in the alternative, pay the $400.00 filing fee for this action.

\\\

---

[1] Plaintiff submitted an application to proceed *in forma pauperis*, but he submitted the application for prisoners, and he only submitted the first page.

[2] While it appears that Plaintiff is a civil detainee and not a prisoner, if Plaintiff is a prisoner, he should fill out an application to proceed *in forma pauperis* by a prisoner.

1

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **November 4, 2016**                    /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

2