UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER,<br><br>            Plaintiff,<br><br>    v.<br><br>AUDREY KING, et al.,<br><br>            Defendants. | 1:16-cv-01665-EPG (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF NO. 6) |

   Plaintiff is a civil detainee proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.  In the instant action, Plaintiff filed an application to proceed in forma pauperis.  (ECF No. 6).  Examination of the application and attached trust account statement reveals that Plaintiff is unable to afford the costs of this action.  Accordingly, it is ORDERED that the application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

   Dated:   **December 5, 2016**            /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1