UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROGER WALKER,

        Plaintiff,

   v.

AUDREY KING, et al.,

        Defendants.

Case No. 1:16-cv-01665-AWI-EPG (PC)

ORDER DENYING PLAINTIFF'S REQUEST FOR STATUS UPDATE, GRANTING PLAINTIFF FOURTEEN DAYS TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS, AND DIRECTING CLERK TO SEND PLAINTIFF A COPY OF ECF NOS. 21 & 23

(ECF NO. 25)

Roger Walker ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 22, 2018, Plaintiff filed a notice to the Court. (ECF No. 25). According to Plaintiff he was transferred to Alameda County Jail without any prior notice, and did not have any effective means of communicating with the Court. There was also difficulty with the mail from November through January. Additionally, Coalinga State Hospital was on lockdown from January 3, 2018, until February 12, 2018, and all communications were frozen. Plaintiff asks that the Court provide a status update.

The Court generally does not provide updates on the status of a case. ECF No. 4, pgs. 3-4. Accordingly, Plaintiff's request for a status update will be denied. However, the Court will direct the Clerk of Court to send Plaintiff a copy of all orders that the Court sent to Plaintiff that were returned as undeliverable.

Additionally, given Plaintiff's difficulties in communicating with the Court, the Court

will grant Plaintiff an additional fourteen days to file his objections to the findings and recommendations that were issued on October 24, 2017.

Accordingly, based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff's request for a status update is DENIED;

2. Plaintiff has fourteen days from the date of service of this order to file his objections to the findings and recommendations that were issued on October 24, 2017; and

3. The Clerk of Court is directed to send Plaintiff a copy of ECF No. 21 and ECF No. 23.

IT IS SO ORDERED.

Dated: **February 27, 2018**          /s/ _Errin P. Grosj_

UNITED STATES MAGISTRATE JUDGE