# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AUDREY KING, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01665-AWI-EPG (PC)<br><br>REQUEST FOR THE EXECUTIVE DIRECTOR OF DSH – COALINGA TO RESPOND TO PLAINTIFF'S ALLEGATIONS REGARDING THE SEIZURE OF HIS LEGAL PROPERTY AND LACK OF ACCESS TO LEGAL MATERIALS<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME AND DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND A COPY OF PLAINTIFF'S MOTION (ECF NO. 27) TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON, THE EXECUTIVE DIRECTOR OF DSH - COALINGA, AND THE LITIGATION COORDINATOR AT DSH-COALINGA<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THE FINDINGS AND RECOMMENDATIONS ISSUED ON OCTOBER 24, 2017 (ECF NO. 19) |

Roger Walker ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 14, 2018, Plaintiff filed a motion. (ECF No. 27). Plaintiff requests an order directing Department of State Hospitals - Coalinga ("DSH - Coalinga") to return his legal property and to provide for his legal needs (including access to a typewriter or computer, and ample paper and supplies). Plaintiff also requests an extension of time to object to the findings

1

and recommendations issued on October 24, 2017.

Plaintiff alleges that all of his legal property has been confiscated. Plaintiff also alleges that all personal computers and tablets were confiscated, and that the sixty computers in the computer lab were removed (the computers were installed elsewhere, but the patients at DSH – Coalinga have been denied access to them). Because of this, and because there are so few typewriters available, Plaintiff's legal needs are not being met.

Given Plaintiff's allegations, especially his allegation that all of his legal property has been confiscated, the Court will request that the Executive Director of DSH - Coalinga file a response to Plaintiff's allegations. Additionally, the Court finds good cause to grant Plaintiff's request for an extension of time.

Accordingly, based on the foregoing, the Court requests that, within twenty-one (21) days from the date of service of this order, the Executive Director of DSH - Coalinga file a response to Plaintiff's allegations. If the Executive Director files a response, Plaintiff has seven days from the date of service of the response to file a reply.

Additionally, IT IS ORDERED that:

1. Plaintiff has until April 20, 2018, to file his objections to the findings and recommendations issued on October 24, 2017. If Plaintiff is still unable to file his objections by this date, Plaintiff may request a further extension;
2. The Clerk of Court is directed to send Plaintiff a copy of the findings and recommendations issued on October 24, 2017 (ECF No. 19); and

///
///
///
///
///
///
///
///

3. The Clerk of Court is directed to serve Supervising Deputy Attorney General Monica Anderson, the Executive Director of DSH - Coalinga, and the Litigation Coordinator at DSH - Coalinga, with a copy of this order and a copy of Plaintiff's motion (ECF No. 27).

IT IS SO ORDERED.

Dated: **March 15, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE