UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER,<br><br>   Plaintiff,<br><br>v.<br><br>AUDREY KING, et al.,<br><br>   Defendants. | Case No. 1:16-cv-01665-AWI-EPG (PC)<br><br>REQUEST FOR THE EXECUTIVE DIRECTOR OF DSH – COALINGA TO RESPOND TO PLAINTIFF'S MOTION FOR SANCTIONS<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND A COPY OF PLAINTIFF'S MOTION (ECF NO. 33) TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON, THE EXECUTIVE DIRECTOR OF DSH - COALINGA, AND THE LITIGATION COORDINATOR AT DSH-COALINGA<br><br>TWENTY-ONE (21) DAY DEADLINE |

Roger Walker ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 16, 2018, the Court requested that the Executive Director of DSH - Coalinga file a response to Plaintiff's allegations that his legal property was confiscated. (ECF No. 28). On April 19, 2018, the Executive Director responded by referring the Court to the declaration of Lieutenant Kenneth Bell of the CSP-Coalinga Department of Police Services. (ECF No. 31). According to Mr. Bell, it was anticipated that Plaintiff's legal property would be transferred to a state-issued device that Plaintiff could access within 1-2 weeks of April 19, 2018. (Id. at ¶ 12).

On May 15, 2018, Plaintiff filed a motion for sanctions.[1]  (ECF No. 33).  According to Plaintiff, he still has not received access to his legal property.

Given this allegation, the Court will request a response from the Executive Director of DSH – Coalinga.  Accordingly, the Court requests that, within twenty-one (21) days from the date of service of this order, the Executive Director of DSH - Coalinga file a response to Plaintiff's allegation that he still has not received access to his legal property.

Additionally, IT IS ORDERED that the Clerk of Court is directed to serve Supervising Deputy Attorney General Monica Anderson, the Executive Director of DSH - Coalinga, and the Litigation Coordinator at DSH - Coalinga, with a copy of this order and a copy of Plaintiff's motion for sanctions (ECF No. 33).

IT IS SO ORDERED.

Dated:  **May 21, 2018**            /s/ Erica P. Grosjean
                            UNITED STATES MAGISTRATE JUDGE

---

[1] The motion is dated May 9, 2018.  (ECF No. 33, p. 2).