# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER, | Case No. 1:16-cv-01665-AWI-EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (ECF NOS. 18 & 19) |
| AUDREY KING, et al., | |
| Defendants. | |

Roger Walker ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 24, 2017, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending "that this case proceed against defendants Saloum, Poole, Perryman, Davis, and Nicks on Plaintiff's claim for failure to protect in violation of the Fourteenth Amendment, and that all other claims and defendants be dismissed with prejudice." (ECF No. 19, p. 10).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed, and Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on October 24, 2017, are ADOPTED in full;

2. This case proceed against defendants Saloum, Poole, Perryman, Davis, and Nicks on Plaintiff's claim for failure to protect in violation of the Fourteenth Amendment;

3. All other claims and defendants are DISMISSED with prejudice;

4. The Clerk of Court is DIRECTED to reflect the dismissal of defendant Audrey King on the Court's docket, and to add defendants Samantha Perryman and Donnell Nicks; and

5. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  June 1, 2018

_____

SENIOR DISTRICT JUDGE