UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER, | Case No. 1:16-cv-01665-AWI-EPG (PC) |
| Plaintiff, | ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR COMPENSATION |
| v. | |
| TIM POOLE, et al., | (ECF NO. 39) |
| Defendants. | Date: July 12, 2018<br>Time: 10:00 a.m. |

Roger Walker ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 14, 2018, Plaintiff filed a motion to, among other things, compel DSH - Coalinga to return his legal materials. (ECF No. 27). On April 19, 2018, the Executive DSH - Coalinga responded by referring the Court to the declaration of Lieutenant Kenneth Bell of the CSP-Coalinga Department of Police Services. (ECF No. 31). According to Lieutenant Bell, Plaintiff was going to get access to his legal property approximately two weeks from April 19, 2018. (Id. at 6-7). Based largely on Lieutenant Bell's assertions, on May 10, 2018, the Court denied Plaintiff's motion to compel. (ECF No. 32). However, the Court allowed Plaintiff re-file the motion to compel if he was still unable to access his legal property. (Id. at 2).

On May 15, 2018, Plaintiff filed a motion for sanctions, alleging that he still did not have

access to his legal property. (ECF No. 33). Once again, the Executive Director responded by referring the Court to the declaration of Lieutenant Bell. (ECF No. 36). On June 18, 2018, the Court denied Plaintiff's motion, in part because Lieutenant Bell asserted that an appointment to give Plaintiff access to his legal property was scheduled for June 14, 2018. (ECF No. 38, p. 2). However, the Court allowed Plaintiff to renew his motion for sanctions if Plaintiff's property was not in fact made available to him. (Id. at 3).

On June 25, 2018, Plaintiff filed a motion for compensation. (ECF No. 39). Plaintiff alleges that his legal property has still not been returned. As this issue has been ongoing and the deadlines have shifted repeatedly, the Court will set a hearing on Plaintiff's motion for compensation. Additionally, the Court will require the attendance of a representative from Department of State Hospitals – Coalinga with knowledge of the situation regarding Plaintiff's access to his legal property. If the Department of State Hospitals—Coalinga provides Plaintiff's legal property in advance of the hearing, and files a declaration attesting to that, the Court will vacate the hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. A hearing on Plaintiff's motion for compensation is set for before Magistrate Judge Erica P. Grosjean on July 12, 2018, at 10:00 a.m., at the U. S. District Court, 2500 Tulare Street, Fresno, California, 93721, in Courtroom #10.
2. A representative from Department of State Hospitals – Coalinga ("Coalinga") with knowledge of the situation regarding Plaintiff's access to his legal property shall attend the hearing.
3. Plaintiff is required to appear telephonically. Coalinga's representative may appear telephonically or in-person. To appear telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.
4. Plaintiff shall make arrangements with staff at his or her institution of confinement for his or her attendance at the hearing. Plaintiff's institution of confinement shall

2

make Plaintiff available for the hearing at the date and time indicated above.

5. The Court will vacate this hearing if, by July 9, 2018, Plaintiff's legal property is made available to him, and a representative from Coalinga files a declaration confirming that Plaintiff's legal property was made available to him.

6. The Clerk of Court is directed to serve a copy of this order and a copy of Plaintiff's request motion for compensation (ECF No. 39) on Supervising Deputy Attorney General Monica Anderson, the Executive Director of DSH - Coalinga, and the Litigation Coordinator at DSH – Coalinga.

IT IS SO ORDERED.

Dated: **June 28, 2018**              /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE