# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>TIM POOLE, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01665-AWI-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPIES, WITHOUT PREJUDICE<br><br>(ECF NO. 42)<br><br>THIRTY-DAY DEADLINE |

Roger Walker ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 12, 2018, the Court found service of the Second Amended Complaint appropriate, and, among other things, directed Plaintiff to submit six copies of the Second Amended Complaint to the Court. (ECF No. 37). On July 5, 2018, Plaintiff submitted one copy of the Second Amended Complaint to the Court (ECF No. 41), and asked that five copies be made without prepayment of costs because he cannot afford the copying costs (it is not clear whether Plaintiff wants the Court or his institution of confinement to make the copies).

Plaintiff is not entitled to free copies from the Court. Moreover, Plaintiff's motion is silent as to whether his institution of confinement will allow him to make the legally required copies without prepayment of costs. If Plaintiff can make copies through his institution's

procedures, there is no need for Court involvement.

      Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for copies is DENIED, without prejudice to Plaintiff filing another motion for copies after he attempts to make copies through his institution. If Plaintiff does file another motion, he should attach his institution's response to his request for copies; and

2. Plaintiff has thirty days from the date of service of this order to submit five copies of his Second Amended Complaint to the Court or to file another motion for copies in compliance with the instructions above.

IT IS SO ORDERED.

Dated: **July 9, 2018**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE