UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER, | Case No. 1:16-cv-01665-AWI-EPG (PC) |
| Plaintiff, | ORDER DENYING UNITED STATES MARSHALS SERVICE'S REQUEST FOR REIMBURSEMENT |
| v. | |
| TIM POOLE, et al., | (ECF NO. 62) |
| Defendants. | |

On November 15, 2018, the United States Marshals Service requested reimbursement of the cost of serving defendant Perryman under Federal Rule of Civil Procedure 4(d)(2). (ECF No. 62). On December 21, 2018, defendant Perryman filed a response, indicating that she never received a request to waive service of process. (ECF No. 68).

As it appears that defendant Perryman never received a request for waiver of service of process, the United States Marshals Service is not entitled to reimbursement of the cost of serving defendant Perryman. Federal Rule of Civil Procedure 4(d)(1), (2).

Accordingly, IT IS ORDERED that the United States Marshals Service's request for reimbursement of the cost of serving defendant Perryman is DENIED.

IT IS SO ORDERED.

Dated: __**January 7, 2019**__          /s/ _Erica P. Grosjean_
                                   UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2