UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER, | Case No. 1:16-cv-01665-AWI-EPG (PC) |
| Plaintiff, | ORDER ON PLAINTIFF'S MOTION FOR OBJECTION TO DISMISS PLAINTIFF'S CIVIL COMPLAINT |
| v. | |
| TIM POOLE, et al., | (ECF NO. 79) |
| Defendants. | |

Roger Walker ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 8, 2019, Plaintiff filed a motion for objection to dismiss Plaintiff's civil complaint. (ECF No. 79). Plaintiff states that he objects to Defendants' motion for dismissal.

As Defendants have not filed a motion for dismissal, Plaintiff's objections are OVERRULED.[1] The Court notes that if Defendants do file a motion to dismiss Plaintiff's case, Plaintiff will have an opportunity to file written objections.

IT IS SO ORDERED.

Dated: **February 11, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is not dismissing the "untimely" motion for discovery. As noted in the Court's February 4, 2019 order, Plaintiff's motion was converted to discovery requests. (ECF No. 76, p. 3). If Plaintiff wishes to withdraw his discovery requests, in lieu of filing a response to Defendants' objections, he may file a motion to withdraw the discovery requests.

1

2