UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER,<br><br>        Plaintiff,<br><br>v.<br><br>TIM POOLE, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01665-AWI-EPG (PC)<br><br>ORDER ON PLAINTIFF'S MOTION FOR DISCOVERY<br><br>(ECF NO. 82) |

Roger Walker ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 26, 2019, Plaintiff filed a motion for discovery. (ECF No. 82). Plaintiff requests discovery from "Defendants and their emplyers [sic]). (Id. at 1). As discovery requests should be served on defense counsel and not filed as a motion, Plaintiff's motion for discovery will be denied.[1] However, defense counsel will be directed to treat the motion as discovery requests that were served as of the date of this order.

In the future, Plaintiff should mail his discovery requests to defense counsel, rather than filing them with the Court. If Plaintiff wishes to challenge Defendants' response to a discovery request, after Plaintiff has sent the requests to Defendants and received their response, Plaintiff may then file a motion to compel with this Court.

\\\

---

[1] If Plaintiff is seeking documents that are only available from a non-party, Plaintiff should file a motion for a subpoena *duces tecum*.

1

Accordingly, IT IS ORDERED that Plaintiff's motion for discovery is DENIED, and that defense counsel shall treat the motion as discovery requests that were served as of the date of this order.

IT IS SO ORDERED.

Dated: **March 27, 2019**  /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE