UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIM POOLE, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01665-AWI-EPG (PC)<br><br>ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO COMPEL<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND A COPY OF PLAINTIFF'S MOTION (ECF NO. 94) TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON, THE EXECUTIVE DIRECTOR OF DSH - COALINGA, AND THE LITIGATION COORDINATOR AT DSH-COALINGA |

　　　　Roger Walker ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　This case is proceeding against Defendants on a failure to protect claim. (ECF No. 35). The claim is based on the allegations that patient Ryan Wilkerson was violent and unstable, and that despite repeated requests from Plaintiff for either Mr. Wilkerson or Plaintiff to be moved, neither were moved and Mr. Wilkerson eventually assaulted Plaintiff. Days after this attack, Mr. Wilkerson assaulted Plaintiff again. (ECF No. 18).

　　　　On April 17, 2019, the Court allowed Plaintiff to issue a subpoena for documents related to Mr. Wilkerson from the California Department of State Hospitals and/or its executive director. (ECF No. 84). The Court authorized issuance of the subpoena because Defendants asserted they did not have possession, custody, or control of the documents, which they

asserted were held by the California Department of State Hospitals. (ECF No. 78, p. 7) ("Walker has not established defendants have possession, custody or control of the documents he seeks. Indeed, they do not. [Mr. Wilkerson] is confined by the State of California for mental health treatment at Hospital [(Department of State Hospitals-Coalinga)], and his treatment is Hospital's responsibility. Cal. Welf. & Inst. Code, § 6600.05. Thus, his records are Hospital records in the possession, custody and control of Hospital and not defendants, and defendants cannot order or compel Hospital to release them.").

Plaintiff completed and returned the appropriate documents, and the Court directed the United States Marshals Service to serve the subpoena. (ECF No. 87).

On June 11, 2019, the Department of State Hospitals-Coalinga ("DSH-Coalinga") filed its response to Plaintiff's subpoena for "records, serious incident reports, and disciplinary notes of patient Ryan Wilkerson." (ECF No. 93). According to DSH-Coalinga, no responsive records exist.

On June 24, 2019, Plaintiff filed a motion to compel production of the documents, and for appointment of counsel. (ECF No. 94).

The Court finds that a hearing will be helpful in resolving Plaintiff's motion to compel. Accordingly, the Court will set a hearing on the motion, and require DSH-Coalinga to file its response no later than two weeks before the date of the hearing.

Additionally, IT IS ORDERED that:

1. A hearing on Plaintiff's motion to compel is set for August 12, 2019, at 1:30 p.m.
2. To appear telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453. The Executive Director and Litigation Coordinator at DSH-Coalinga shall make Plaintiff available for the Conference at the date and time indicated above.
3. DSH-Coalinga has until July 29, 2019, to file its response to Plaintiff's motion to compel.
4. The Clerk of Court is directed to serve Supervising Deputy Attorney General

Monica Anderson, the Executive Director of DSH - Coalinga, and the Litigation Coordinator at DSH - Coalinga, with a copy of this order and a copy of Plaintiff's motion (ECF No. 94).

IT IS SO ORDERED.

Dated: **June 25, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE