UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER,<br><br>        Plaintiff,<br><br>  v.<br><br>TIM POOLE, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01665-AWI-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S FAILURE TO COMPLETE AND RETURN SUBPOENA<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF BLANK SUBPOENA<br><br>THIRTY-DAY DEADLINE |

    Roger Walker ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On August 14, 2019, the Court authorized the issuance of a subpoena directed at the Department of State Hospitals for records of Ryan Wilkins, and directed Plaintiff to complete and return a subpoena (form AO 88B). (ECF No. 101, pgs. 1-2). The Court received a completed USM-285 form, but did not receive a completed subpoena.

    Accordingly, IT IS ORDERED that Plaintiff has thirty days from the date of service of this order to complete and return a subpoena (form AO 88B) directed at the Department of State Hospitals for records of Ryan Wilkins.

    Additionally, the Clerk of Court is DIRECTED to send Plaintiff a blank subpoena (form AO 88B).

IT IS SO ORDERED.

Dated:   **August 29, 2019**                  /s/ Erica P. Grosjean
                                                               UNITED STATES MAGISTRATE JUDGE