UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER,<br><br>            Plaintiff,<br><br>    v.<br><br>TIM POOLE, et al.,<br><br>            Defendants. | Case No. 1:16-cv-01665-AWI-EPG (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>ORDER DIRECTING CLERK TO ATTACH COPY OF SUBPOENA TO THIS ORDER |

      The Court previously allowed Plaintiff to subpoena records of Ryan Wilkins from the Department of State Hospitals. (ECF Nos. 84 & 101). Plaintiff has now completed and returned the subpoena and USM-285 form.

      The Court will direct the United States Marshals Service to serve the subpoena, but with two corrections. The Court will authorize the subpoena on the Executive Director of the Department of State Hospitals – Coalinga, not the litigation coordinator. Additionally, Plaintiff failed to include a date for the responsive documents to be produced. The Court will give the Executive Director three weeks from the date of service of the subpoena to respond to the subpoena.

      Accordingly, it is HEREBY ORDERED that:

      1. The Executive Director of Department of State Hospitals – Coalinga has three

1

weeks from the date of service of the subpoena to respond to the subpoena.
2. The Clerk of Court shall forward the following documents to the United States Marshals Service:
    a. One (1) completed and issued subpoena *duces tecum*;
    b. One (1) completed USM-285 form; and
    c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.
3. The Clerk of Court is directed to attach a copy of the completed subpoena *duces tecum* to this order.
4. Within TWENTY (20) DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoena, along with a copy of this order, upon the Executive Director of Department of State Hospitals – Coalinga pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).
5. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.
6. Within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated: **September 18, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE