# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>TIM POOLE, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01665-AWI-EPG (PC)<br><br>ORDER APPROVING IN PART STIPULATION FOR PROTECTIVE ORDER<br><br>(ECF No. 109)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO ATTORNEY CHRISTOPHER FISHBURN |

IT IS ORDERED that Stipulation for Protective Order (ECF No. 109) is APPROVED, with the following modification:

Paragraph seven of the stipulated protective order only applies to medical records of Ryan Wilkins. Additionally, a party or a non-party that wants documents to be sealed must comply with Local Rule 141.

The Clerk of Court is directed to send a copy of this order to Christopher T. Fishburn, Attorney, Department of State Hospitals, Legal Division, 1600 9th Street, Room 433, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: **October 22, 2019**  /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE