1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8   ROGER WALKER, | Case No. 1:16-cv-01665-AWI-EPG (PC) |
| 9           Plaintiff, | ORDER ALLOWING PLAINTIFF TO CORRECT DECLARATIONS |
| 10      v. | ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF HIS |
| 11   TIM POOLE, et al., | OPPOSITIONS TO DEFENDANTS DAVIS, NICKS, PERRYMAN, AND POOLE'S |
| 12           Defendants. | MOTION FOR SUMMARY JUDGMENT (ECF NOS. 126, 127, 128, & 129). |
| 13 | |
| 14 | |

15    Roger Walker ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis*

16  in this civil rights action filed pursuant to 42 U.S.C. § 1983.

17    On April 23, 2020, Plaintiff filed oppositions to defendants Davis, Nicks, Perryman,

18  and Poole's motion for summary judgment.  (ECF Nos. 126, 127, 128, & 129).  However, as

19  these defendants point out in their reply (ECF No. 132), Plaintiff's declarations are not properly

20  verified.  To be admissible, a declaration must be subscribed by the declarant as true under

21  penalty of perjury, in substantially the following form: "I declare (or certify, verify, or state)

22  under penalty of perjury that the foregoing is true and correct.  Executed on (date).

23  (Signature)."  28 U.S.C. § 1746(2).

24    Given Plaintiff's *pro se* status, the Court will give Plaintiff an opportunity to correct this

25  defect.[1]

26    Accordingly, IT IS HEREBY ORDERED that Plaintiff has fourteen days from the date

27

28
  [1] The Court is not giving Plaintiff leave to file additional evidence or to change the content of the declarations or oppositions.

1

of service of this order to properly verify and resubmit his declarations in opposition to

defendants Davis, Nicks, Perryman, and Poole's motion for summary judgment.

IT IS FURTHER ORDERED that the Clerk of Court shall send Plaintiff a copy of his

oppositions to defendants Davis, Nicks, Perryman, and Poole's motion for summary judgment

(ECF Nos. 126, 127, 128, & 129).

IT IS SO ORDERED.

Dated:   **June 2, 2020**                    /s/ _Erica P. Grosjean_
                                  UNITED STATES MAGISTRATE JUDGE