UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER,<br><br>              Plaintiff,<br><br>       v.<br><br>TIM POOLE, et al.,<br><br>              Defendants. | Case No. 1:16-cv-01665-AWI-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S MOTION REQUESTING INFORMATION<br><br>(ECF NO. 138)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF COPY OF ORDER FOLLOWING TELEPHONIC DISCOVERY AND STATUS CONFERENCE (ECF NO. 101) |

On July 10, 2020, Plaintiff filed a motion requesting information. (ECF No. 138). Plaintiff states that he notified the unit supervisor about the telephonic conference that was scheduled for July 1, 2020, but that the unit supervisor told him no conference was scheduled for that date. However, it was documented by a court order that a conference was scheduled for this date. Plaintiff asks to be notified of any changes to the Court's order.

Plaintiff is correct that the Telephonic Trial Confirmation Hearing was originally scheduled for July 1, 2020. However, on August 14, 2019, the conference was continued to September 30, 2020. (ECF No. 101, p. 2). Thus, there was no conference in this case for Plaintiff to attend on July 1, 2020. In an abundance of caution, the Court will direct the Clerk of Court to send Plaintiff a copy of the Order Following Telephonic Discovery and Status Conference, which continued the Telephonic Trial Confirmation Hearing.

\\\

1  Accordingly, IT IS ORDERED that the Clerk of Court is directed to send Plaintiff a copy
2 of the Order Following Telephonic Discovery and Status Conference (ECF No. 101).

IT IS SO ORDERED.

Dated:   **July 13, 2020**                          /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE