UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER,<br><br>        Plaintiff,<br><br>    v.<br><br>TIM POOLE, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01665-AWI-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION REQUESTING THAT PLAINTIFF BE SENT A BLANK SUBPOENA FORM AND A COPY OF FORM USM-285<br><br>(ECF NO. 141) |

        On July 23, 2020, Plaintiff filed a motion requesting that he be sent a blank subpoena form and a copy of form USM-285. (ECF No. 141). Plaintiff states that the Court directed the Clerk to send him a blank subpoena form and a copy of form USM-285. However, the form sent to Plaintiff was not correct because it has a different case name and number on it. Thus, Plaintiff requests that the Clerk send him the blank forms he needs and states that he will send them back as soon as possible.

        Plaintiff's motion will be denied because the form(s) were sent to Plaintiff in error. Because it appeared that Plaintiff may not have had a copy of the modified schedule, the Court sent Plaintiff a copy of the order that modified the schedule. (ECF No. 140). While the order modifying the schedule (ECF No. 101) also allowed Plaintiff to subpoena the Department of State Hospitals for the records of Ryan Wilkins, that deadline has long passed, and it appears this issue has been resolved. When the Court sent Plaintiff a copy of the order that modified the schedule it was not directing or allowing Plaintiff to file another subpoena for these documents. Instead, as

1

mentioned above, it was providing Plaintiff with a copy of the modified schedule.

Accordingly, IT IS ORDERED that Plaintiff's motion requesting that he be sent a blank subpoena and a copy of form USM-285 is DENIED.

IT IS SO ORDERED.

Dated: **July 27, 2020**            /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE