UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER,<br><br>        Plaintiff,<br><br>    v.<br><br>TIM POOLE, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01665-AWI-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' JOINT EX PARTE MOTION FOR AN ORDER VACATING OR CONTINUING THE: (1) AUGUST 31, 2020 DEADLINE FOR DEFENDANTS TO FILE THEIR PRETRIAL STATEMENTS; (2) OCTOBER 30, 2020 PRETRIAL CONFERENCE; AND (3) DECEMBER 1, 2020 TRIAL<br><br>(ECF No. 147) |

      Roger Walker ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On August 12, 2020, Defendants moved "ex parte for an order vacating or continuing the following three dates: (1) August 31, 2020 deadline for defendants to file their pretrial statements; (2) October 30, 2020 pretrial conference; and (3) December 1, 2020 trial." (ECF No. 147, p. 2).

      Defendants point out that the undersigned has issued findings and recommendations on their motions for summary judgment, but the district judge has not yet ruled. Defendants "do not expect an order from the District Court before the August 31, 2020 deadline for defendants to submit their pretrial conference statements." (Id.).

      The Court finds good cause to grant Defendants' motion.

1

Accordingly, based on the foregoing, IT IS ORDERED that the telephonic trial confirmation hearing (which Defendants refer to as the pretrial conference), the trial, and the deadline for Defendants to file their pretrial statements are VACATED.  If necessary, the Court will reset these deadlines after Defendants' motions for summary judgment have been resolved.[1]

IT IS SO ORDERED.

Dated: __**August 13, 2020**__          /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The Court may require the parties to participate in a settlement conference before resetting these deadlines.