UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER,<br><br>        Plaintiff,<br><br>  v.<br><br>TIM POOLE, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01665-AWI-EPG (PC)<br><br>ORDER HOLDING MOTION TO APPOINT COUNSEL IN ABEYANCE |

      Roger Walker ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On August 31, 2020, Plaintiff filed a motion for appointment of pro bono counsel. (ECF No. 149). Given that Defendants filed motions for summary judgment, that the undersigned has issued findings and recommendations on the motions, that the objection deadlines have passed, and that there are no other pending deadlines at this time, the Court will hold Plaintiff's motion in abeyance. If this case proceeds and does not settle,[1] the Court will rule on Plaintiff's motion.

IT IS SO ORDERED.

    Dated:   **September 2, 2020**         /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Court may require the parties to participate in a settlement conference prior to resetting the trial date.