UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIM POOLE, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01665-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF NOS. 111, 137) |

　　　　Roger Walker ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　This case proceeds "against defendants Saloum, Poole, Perryman, Davis, and Nicks on Plaintiff's claim for failure to protect in violation of the Fourteenth Amendment."  (Doc. No. 35, p. 2).

　　　　On December 17, 2019, defendants Davis, Nicks, Perryman, and Poole moved for summary judgment.  (ECF No. 111).  On July 10, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[d]efendants Davis, Nicks, Perryman, and Poole's motion for summary judgment (ECF No. 111) be GRANTED," and that "[j]udgment be entered in favor of defendants Davis, Nicks, Perryman, and Poole."[1]  (Doc. No. 137, p. 20).

---

[1] Defendant Saloum also filed a motion for summary judgment, and the July 2020 findings and recommendation also addressed Saloum's motion.  Saloum objected to the findings and recommendation.  The Court will address Saloum's motion and the findings and recommendation as to Saloum's motion in a separate order.  This order is limited to the motion of Defendants Davis, Nicks, Perryman, and Poole and the analysis of the findings and recommendation as to their motion.

The parties were provided an opportunity to file objections to the findings and recommendations. No party has filed objections regarding the recommendation that summary judgment be granted in favor of Defendants Davis, Nicks, Perryman, and Poole.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis and thus, the motion of Defendants Davis, Nicks, Perryman, and Poole will be granted.

### ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by the magistrate judge on July 10, 2020 (Doc. No. 137) regarding the motion for summary judgment of Defendants Davis, Nicks, Perryman, and Poole is ADOPTED;
2. Defendants Davis, Nicks, Perryman, and Poole's motion for summary judgment (Doc. No. 111) is GRANTED;
3. The Clerk shall enter judgment in favor of defendants Davis, Nicks, Perryman, and Poole;
4. This case remains open at this time as to Defendant Saloum.

IT IS SO ORDERED.

Dated:   September 11, 2020                      _____
                                                 SENIOR DISTRICT JUDGE